UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin Michael Thornton,

    Petitioner,

        v.                        Case No.   1:14cv561

Warden, Madison Correctional
Institution,                                Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 9, 2015 (Doc. 20).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 20) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Motion to Hold Petition for Writ of Habeas Corpus in Abeyance Pending Exhaustion in State Court (Doc. 14) is **GRANTED.** The Petition (Doc. 1) is administratively stayed consistent with the recommendation by the magistrate judge.

**IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge