# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

KEVIN MICHAEL THORNTON,

          Petitioner,     :     Case No. 1:14-cv-561

  - vs -                          District Judge Michael R. Barrett
                                   Magistrate Judge Michael R. Merz

CHARLES BRADLEY, Warden,
  Madison Correctional Institution

                                  :
          Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is TRANSFERRED from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 11, 2019.

                                                   s/ *Michael R. Merz*
                                               United States Magistrate Judge